BEFORE THE THIRD DIVISION, MARCH 26, 1953

**No. 57221.**—Thurston, Inc. *v.* United States, protests 152219–K and 143541–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.